REID, AXELROD,
Peter Axelrod SB#056485
Donald S. Honigman SB# 106914
315 Montgomery Street, Suite 800
San Francisco, CA 94104
Phone:  (415) 451-3300
Fax:      (415) 451-3307

Attorneys for Plaintiff
AVEMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AVEMCO INSURANCE COMPANY,<br><br>Plaintiff.<br><br>vs.<br><br>ROBERT S. SAVELY, PATRIOT TECHNOLOGIES GROUP, LLC, a Delaware limited liability corporation,<br><br>Defendants. | CASE NO.: 4:11-cv-00546-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACTUAL DISCOVERY** |

IT IS HEREBY STIPULATED by and between Plaintiff AVEMCO INSURANCE COMPANY (hereinafter "Plaintiff" or "AVEMCO") and Defendant ROBERT S. SAVELY (hereinafter "SAVELY") (collectively the "Parties") by and through their respective attorneys, as follows:

1.      On February 4, 2011 Plaintiff filed a Complaint for Declaratory Relief in United States District Court-Northern District of California, Case Number CV 11 0546 CW (hereinafter the "Complaint") against PATRIOT TECHNOLOGIES GROUP, LLC (hereinafter "PATRIOT")

---

and SAVELY. The Complaint asked that the Court to determine the respective rights and duties of Plaintiff and Defendants as to AVEMCO policy NC-100118290600.

2. On April 13, 2011 Defendant PATRIOT signed a Stipulation Regarding Declaratory Action, wherein it stipulated to the allegations in Plaintiff's Complaint and stipulated that it had no rights under the Avemco policy. On April 15, 2011, Plaintiff filed a Notice of Dismissal of PATRIOT, only.

3. On May 31, 2011, the Parties attended a Case Management Conference. The Court issued its Minute Order and Case Management Order.

4. The Court ordered completion of factual discovery by December 1, 2011.

5. The Parties are presently engaged in discovery and require additional time to complete factual discovery.

6. Based on the above, the Parties respectfully request that the Court continue the deadline for completion of factual discovery (currently December 1, 2011) by at least 90 days.

IT IS SO STIPULATED:

Dated: November 9, 2011                REID, AXELROD

                                       By:  /s/ Donald S. Honigman
                                            Donald S. Honigman, SB# 106914
                                            Peter Axelrod, SB# 056485
                                            REID, AXELROD
                                            315 Montgomery Street, Suite 800
                                            San Francisco, CA 94104
                                            Tel: (415) 451-3300
                                            Fax: (415) 451-3307
                                            p.axelrod@gmail.com
                                            dsh@rarmlaw.com

                                            Attorneys for Plaintiff
                                            AVEMCO INSURANCE COMPANY

---

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACTUAL DISCOVERY
- 2 -

- 3 -

| | |
|---|---|
| 1 | Dated: November 9, 2011 |

                                                                                                                  THE RYAN LAW GROUP

                                                                                  By:  */s/ Timothy J. Ryan*
                                                                                        Timothy J. Ryan, SB# 99542
Rebekka R. Martorano, SB# 173600
THE RYAN LAW GROUP
2379 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
Tel: (916) 924-1912
Fax: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant

ROBERT S. SAVELY

**ORDER**

IT IS HEREBY ORDERED that the deadline for completion of factual discovery in the above referenced case is continued 90 days to February 29, 2012.

IT IS SO ORDERED.

DATED: 11/15/2011

_____
CLAUDIA WILKEN
United States District Judge

---

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACTUAL DISCOVERY
- 4 -