REID, AXELROD,
Peter Axelrod SB#056485
Donald S. Honigman SB# 106914
315 Montgomery Street, Suite 800
San Francisco, CA 94104
Phone: (415) 451-3300
Fax:    (415) 451-3307

Attorneys for Plaintiff
AVEMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AVEMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT S. SAVELY, PATRIOT TECHNOLOGIES GROUP, LLC, a Delaware limited liability corporation,<br><br>Defendants.<br>_____/ | CASE NO.: 4:11-cv-00546-CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACTUAL DISCOVERY** |

IT IS HEREBY STIPULATED by and between Plaintiff AVEMCO INSURANCE COMPANY (hereinafter "Plaintiff" or "AVEMCO") and Defendant ROBERT S. SAVELY (hereinafter "SAVELY") (collectively the "Parties") by and through their respective attorneys, as follows:

1.  On February 4, 2011 Plaintiff filed a Complaint for Declaratory Relief in United States District Court-Northern District of California, Case Number CV 11 0546 CW (hereinafter the "Complaint") against PATRIOT TECHNOLOGIES GROUP, LLC (hereinafter "PATRIOT")

---

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACTUAL DISCOVERY
- 1 -

and SAVELY. The Complaint asked that the Court to determine the respective rights and duties of Plaintiff and Defendants as to AVEMCO policy NC-100118290600.

2. On April 13, 2011 Defendant PATRIOT signed a Stipulation Regarding Declaratory Action, wherein it stipulated to the allegations in Plaintiff's Complaint and stipulated that it had no rights under the Avemco policy. On April 15, 2011, Plaintiff filed a Notice of Dismissal of PATRIOT, only.

3. On May 31, 2011, the Parties attended a Case Management Conference. The Court issued its Minute Order and Case Management Order.

4. The Court ordered completion of factual discovery by December 1, 2011.

5. The Parties are presently engaged in discovery and require additional time to complete factual discovery.

6. Based on the above, the Parties respectfully request that the Court continue the deadline for completion of factual discovery (currently December 1, 2011) by at least 90 days.

IT IS SO STIPULATED:

Dated: November 9, 2011              REID, AXELROD

By: /s/ Donald S. Honigman
    Donald S. Honigman, SB# 106914
    Peter Axelrod, SB# 056485
    REID, AXELROD
    315 Montgomery Street, Suite 800
    San Francisco, CA 94104
    Tel: (415) 451-3300
    Fax: (415) 451-3307
    p.axelrod@gmail.com
    dsh@rarmlaw.com

    Attorneys for Plaintiff
    AVEMCO INSURANCE COMPANY

- 3 -

| | |
|---|---|
| Dated: November 9, 2011 | THE RYAN LAW GROUP |

By: /s/ Timothy J. Ryan
Timothy J. Ryan, SB# 99542
Rebekka R. Martorano, SB# 173600
THE RYAN LAW GROUP
2379 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
Tel: (916) 924-1912
Fax: (916) 923-3872
tryan@ryanlg.com
rmartorano@ryanlg.com

Attorneys for Defendant

ROBERT S. SAVELY

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR FACTUAL DISCOVERY
- 3 -

## ORDER

IT IS HEREBY ORDERED that the deadline for completion of factual discovery in the above referenced case is continued 90 days to February 29, 2012.

IT IS SO ORDERED.

DATED: 11/15/2011

CLAUDIA WILKEN
United States District Judge