REID, AXELROD,
Peter Axelrod SB#056485
Donald S. Honigman SB# 106914
315 Montgomery Street, Suite 800
San Francisco, CA 94104
Phone: (415) 451-3300
Fax:   (415) 451-3307

Attorneys for Plaintiff
AVEMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AVEMCO INSURANCE COMPANY,<br><br>Plaintiff.<br><br>vs.<br><br>ROBERT S. SAVELY, PATRIOT TECHNOLOGIES GROUP, LLC, a Delaware limited liability corporation,<br><br>Defendants.<br>_____ / | CASE NO.: 4:11-cv-00546-CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MEDIATION DEADLINE FOR DECLARATORY ACTION |

 IT IS HEREBY STIPULATED by and between Plaintiff AVEMCO INSURANCE COMPANY (hereinafter "Plaintiff" or "AVEMCO") and Defendant ROBERT S. SAVELY (hereinafter "SAVELY") (collectively the "Parties") by and through their respective attorneys, as follows:

 1. On February 4, 2011 Plaintiff filed a Complaint for Declaratory Relief in United States District Court-Northern District of California, Case Number CV 11 0546 CW (hereinafter the "Complaint") against PATRIOT TECHNOLOGIES GROUP, LLC (hereinafter "PATRIOT")

and SAVELY. The Complaint asked that the Court to determine the respective rights and duties of Plaintiff and Defendants as to AVEMCO policy NC-100118290600.

2. On April 13, 2011 Defendant PATRIOT signed a Stipulation Regarding Declaratory Action, wherein it stipulated to the allegations in Plaintiff's Complaint and stipulated that it had no rights under the Avemco policy. On April 15, 2011, Plaintiff filed a Notice of Dismissal of PATRIOT, only.

3. On May 31, 2011, the Parties attended a Case Management Conference. The Court issued its Minute Order and Case Management Order.

4. The Court referred the case to Court-connected mediation to be held by December 1, 2011.

5. The Parties are presently engaged in discovery and require additional time to prepare for and attend mediation.

6. Based on the above, the Parties respectfully request that the Court continue the deadline for mediation (currently December 1, 2011) to April 1, 2012. We have informed the mediator about the extension and he has instructed us to state he has no objection to a stipulated extension.

IT IS SO STIPULATED:

Dated: November 7, 2011                             REID, AXELROD

                                                    By: */s/ Donald S. Honigman*
                                                         Donald S. Honigman, SB# 106914
                                                         Peter Axelrod, SB# 056485
                                                         REID, AXELROD
                                                         315 Montgomery Street, Suite 800
                                                         San Francisco, CA 94104
                                                         Tel: (415) 451-3300
                                                         Fax: (415) 451-3307
                                                         p.axelrod@gmail.com

dsh@rarmlaw.com

Attorneys for Plaintiff
AVEMCO INSURANCE COMPANY

Dated: November 7, 2011

THE RYAN LAW GROUP

By: /s/ *Timothy J. Ryan*
    Timothy J. Ryan, SB# 99542
    Rebekka R. Martorano, SB# 173600
    THE RYAN LAW GROUP
    2379 Gateway Oaks Drive, Suite 100
    Sacramento, CA 95833
    Tel: (916) 924-1912
    Fax: (916) 923-3872
    tryan@ryanlg.com
    rmartorano@ryanlg.com

Attorneys for Defendant

ROBERT S. SAVELY

## ORDER

IT IS HEREBY ORDERED that the deadline for mediation is continued to April 1, 2012.

IT IS SO ORDERED.

DATED: 11/17/2011

_____
CLAUDIA WILKEN
United States District Judge

cc: ADR

MEDIATION DEADLINE IN DECLARATORY ACTION
- 4 -