REID, AXELROD,
Peter Axelrod SB#056485
Donald S. Honigman SB# 106914
315 Montgomery Street, Suite 800
San Francisco, CA 94104
Phone: (415) 451-3300
Fax:    (415) 451-3307

Attorneys for Plaintiff
AVEMCO INSURANCE COMPANY

## UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| AVEMCO INSURANCE COMPANY, | CASE NO.: 4:11-cv-00546-CW |
| Plaintiff. | |
| vs. | **STIPULATION REGARDING NON OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER** |
| ROBERT S. SAVELY, PATRIOT TECHNOLOGIES GROUP, LLC, a Delaware limited liability corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff AVEMCO INSURANCE COMPANY (hereinafter "Plaintiff" or "AVEMCO") and Defendant ROBERT S. SAVELY (hereinafter "SAVELY") by and through their respective attorneys, as follows:

1. On February 4, 2011 Plaintiff filed a Complaint for Declaratory Relief in United States District Court-Northern District of California, Case Number CV 11 0546 CW (hereinafter the "Complaint") against PATRIOT and Defendant ROBERT S. SAVELY (hereinafter

"SAVELY"). The Complaint asks that the Court to determine the respective rights and duties of Plaintiff and Defendants as to AVEMCO policy NC-100118290600.

2.   The Complaint alleges that Plaintiff AVEMCO issued policy NC-100118290600 to defendant SAVELY as a non-commercial aircraft policy. The non-commercial aircraft policy provides coverage in relevant part, subject to certain terms, provisions, and exclusion for non-commercial uses of a 1967 Cessna 337B bearing FAA registration number N1309. The aircraft was to be based in California.

3.   The Complaint further alleges that on September 22, 2010, defendant SAVELY entered into a commercial lease of the aircraft to defendant PATRIOT. That aircraft lease agreement provided that defendant SAVELY would receive certain consideration for the use of the aircraft, including a complete engine rebuild, maintenance and related costs for the operation of the aircraft. SAVELY surrendered operational control of the aircraft to defendant PATRIOT. The aircraft was to be based at Pope Air Force Base in North Carolina.

4.   The Complaint further alleges that Defendant SAVELY was advised by personnel at AVEMCO that said aircraft lease agreement and the resultant commercial use of the aircraft would not be covered under the AVEMCO policy. SAVELY indicated that as a result of the commercial operation of his aircraft, the Avemco policy would be cancelled and the aircraft would be covered under another insurance carrier through a policy purchased by defendant PATRIOT.

5.   On November 17, 2010, the 1967 Cessna 337B, registration number 1309, was involved in a crash, which resulted in the deaths of the occupants of the aircraft, Samuel Marcus Adams, Robert Meyer Finer, and James Henderson and destruction of the Cessna 337B. The Complaint alleges that AVEMCO advised defendant SAVELY on November 23, 2010, and on

other dates, that there was no coverage for this crash as the aircraft was being used for a commercial purpose.  Plaintiff AVEMCO thus advised defendant SAVELY of its coverage defenses.

6.      The Complaint seeks a declaratory judgment that the explicit AVEMCO policy language precludes coverage for any damages arising out of the November 17, 2010 crash.

7.      It is hereby stipulated by SAVELY that the explicit AVEMCO policy language (NC-100118290600) precludes coverage for defense or indemnity arising out of the November 17, 2010 crash.

8.      SAVELY further stipulates that Plaintiff is entitled to a Judgment in United States District Court declaring that the explicit AVEMCO policy language (NC-100118290600) precludes coverage for defense or indemnity arising out of the November 17, 2010 crash.

9.      On April 5, 2012 Plaintiff filed a Motion for Summary Judgment with supporting papers (Documents 30-35) scheduled for hearing on May 24, 2012.

10.     SAVELY does not oppose the granting of the Summary Judgment and the parties request the Court, enter the below Order and a Final Judgment accordingly.

11.     Plaintiff and SAVELY will bear their own costs, expenses and attorney's fees incurred in this action.

IT IS SO STIPULATED:


Dated: April 19, 2012                          REID, AXELROD

                                    By:     /s/ Donald S. Honigman
                                            Donald S. Honigman
                                            Attorney for Plaintiff
                                            AVEMCO INSURANCE COMPANY

Dated: April 19, 2012

THE RYAN LAW GROUP

By:     /s/ Rebekka Martorano
        Rebekka Martorano
        Timothy Ryan
        Attorney for Defendant
        Robert S. Savely

## ORDER

IT IS HEREBY ORDERED  based on the stipulation between Plaintiff Avemco Insurance Company and Defendant Robert S. Savely,  the Motion for Summary Judgment (Docket 30) be granted on the basis that the explicit AVEMCO insurance policy language (NC-100118290600) precludes coverage for defense or indemnity arising out of the November 17, 2010 crash of the 1967 Cessna 337B, registration number 1309. Each party shall bear their own attorneys fees and costs.  Plaintiff is directed to prepare a final form of Judgment consistent with this Order.

Accordingly, the May 24, 2012 hearing date on the Motion for Summary Judgment  is vacated as are the remaining dates on the Case Management Order (Docket 18) including but not limited to the October 9, 2012 Final Pretrial Conference and the October 22, 2012 Jury Trial.

IT IS SO ORDERED.

DATED:   4/23/2012

CLAUDIA WILKEN
United States District Judge

---

STIPULATION REGARDING NON OPPOSITION TO MOTION FOR SUMMARY JUDGMENT